# Order

Michigan Supreme Court
Lansing, Michigan

April 13, 2006

129573

DANA CORPORATION,
          Plaintiff-Appellant,

v

DEPARTMENT OF TREASURY,
          Defendant-Appellee.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129573
COA: 255984
Ct of Claims: 04-000035-MT

_____/

On order of the Court, the application for leave to appeal the August 18, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006

_____
Clerk